NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CBT FLINT PARTNERS, LLC,**
*Plaintiff-Appellant,*

v.

**RETURN PATH, INC.,**
*Defendant-Appellee,*

AND

**CISCO IRONPORT SYSTEMS, LLC,**
*Defendants-Appellees.*

---

2012-1460,-1594

---

Appeal from the United States District Court for the Northern District of Georgia in No. 07-CV-1822, Judge Thomas W. Thrash Jr.

---

**JUDGMENT**

---

DARYL L. JOSEFFER, King & Spalding, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were ADAM M. CONRAD; BRUCE W. BABER,

NATASHA H. MOFFITT and RUSSELL E. BLYTHE, of Atlanta, Georgia.

MATTHEW C. GAUDET, Duane Morris, LLP, of Atlanta, Georgia, argued for defendants-appellees. With him on the brief were L. NORWOOD JAMESON and JOHN R. GIBSON. Of counsel on the brief was KENNETH L. BRESSLER, Blank Rome, LLP, of New York, New York.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and PROST, *Circuit Judges).*

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2013                    /s/ Jan Horbaly
     Date                          Jan Horbaly
                                       Clerk